IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Diana Newsome

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Evolver Inc
Human touch

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☐ No
             *(check one)*

RECEIVED IN PRO SE OFFICE

MAR 20 2026

REC'D IN PRO SE OFFICE
MAR 20 '26 PM 1:03

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Diana Newsome

Street Address — 94 North Main St. unit 413

City and County — Spring Valley NY 10977, Rockland County NY

State and Zip Code —

Telephone Number — 845 659-2820

E-mail Address — dsfar26@hotmail.com

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name — Emily Johnson

Job or Title (if known) — IT Supervisor

Street Address — 11800 Sunrise Valley Drive STE900

City and County — Reston VA

State and Zip Code — VA 20191

Telephone Number —

E-mail Address (if known) —

Defendant No. 2

Name — Karina Toro

Job or Title (if known) — IT Specialist

Street Address — 11800 Sunrise Valley Dr. STE900

City and County — Reston VA

State and Zip Code   VA        20191

Telephone Number   _____

E-mail Address   _____
(if known)

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s)
is:

Name   FDA
     115-78 Liberty Drive

Street Address   115-78 Liberty Drive

City and County   Queens  NY  11433  Queens County NY

State and Zip Code   _____

Telephone Number   _____

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that
apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you
must first obtain a Notice of Right to Sue letter from the Equal
Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C.
§§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age
Discrimination in Employment Act, you must first file a charge with the
Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112
to 12117.

*(Note: In order to bring suit in federal district court under the Americans
with Disabilities Act, you must first obtain a Notice of Right to Sue letter
from the Equal Employment Opportunity Commission.)*

3

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☑    Failure to promote me.

☑    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☑    Other acts *(specify)*: <u>Teased, Harrassed for Attire</u> <u>+ Title Contractor</u>

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

<u>Through out 7years of service</u>

4

C.      I believe that defendant(s) *(check one)*:

☑        is/are still committing these acts against me.

☐        is/are not still committing these acts against me.

D.      Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐        race _____

☐        color _____

☑        gender/sex _____

☐        religion _____

☐        national origin _____

☑        age.  My year of birth is *1968*_____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☑        disability or perceived disability *(specify disability)*

_____

E.      The facts of my case are as follows.  Attach additional pages if needed.

Worked 5 years for Evolver/ Human Touch Technologies. Teased for attire ~ Red Top ~ Beige pants Co-Workers would come to work and say "Clean up on Ill 4", they indicated I looked like I worked at Target. Could hit ~ all required to work from home for 2 years. Notice given to return to facilities ~ I was the only one there handling my co-workers work as well as mine "Got Covid" within 3 months of returning filied EEOC when I got Covid 2nd time, Doctor sent documents requesting I continue to work at home Got Covid December 2022, Just wanted reasonable accommodation like

*(Note:  As additional support for the facts of your claim, you may attach to this* like *complaint a copy of your charge filed with the Equal Employment Opportunity* everyone *Commission, or the charge filed with the relevant state or city human rights* else. *division.)*

Terminated 2/2/23 For Talking to Emily's Boss.

5

**IV.    Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

_____1/13/26_____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Cant work around people, afraid to get sick
Depression gives me suicdal iddalations
anxiety — Major panic attacks- people know
I've been sick, they shy away, I wake up
thinking I'm gonna die this time. I feel
like Nobody, no they made me feel expendable
One Co-worker actually said she was gonna "milk it"
as long as she can, to stay safely at home

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/26 , 20 26

Signature of Plaintiff   Diana Newsome

Printed Name of Plaintiff   Diana Newsome

7



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/12/2026

**To:** Ms. Diana Newsome
94 N Main Street Apt 413
Spring Valley, NY 10977
Charge No: 570-2023-00535

EEOC Representative and email:    SILVIA DENG-BATISTA
INVESTIGATOR
SILVIA.DENG-BATISTA@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 570-2023-00535.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
01/12/2026
Arlean Nieto
Acting District Director

**Cc:**
Danielle M Rudkin
Freeman Mathis & Gary LLP
1037 Raymond Boulevard Suite 910
Newark, NJ 07102

NA NA
11800 SUNRISE VALLEY DR STE 900
RESTON, VA 20191

J. Patrick Delince
DeLince Law
299 Broadway Suite 1310
NEW YORK, NY 10007


Please retain this Notice for your records.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br><br>FEPA | Agency(ies) Charge No(s):<br><br>570-2023-00535 |
|---|---|---|

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**

★ MAR 20 2026 ★

**BROOKLYN OFFICE**

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*<br>Ms. Diana Newsome | Home Phone<br>845-659-7820 | Year of Birth |
|---|---|---|

| Street Address<br>94 North Main Street Apt 413<br>SPRING VALLEY, NY 10977 |
|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>Evolver Headquarters Inc | No. Employees, Members<br>101 - 200 Employees | Phone No.<br>(703) 889-9301 |
|---|---|---|

| Street Address<br>11800 SUNRISE VALLEY DR STE 900<br>RESTON, VA 20191 | | |
|---|---|---|

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

| DISCRIMINATION BASED ON<br><br>Disability | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest       Latest<br>06/06/2022       02/02/2023 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a Female with a qualifying disability who has worked at the above-named entity since June 6, 2016, as an IT support specialist until I was terminated on February 2, 2023.

I believe that I was discriminated and retaliated against because of my disability and for requesting a reasonable accommodation.

I was discriminated against, harassed, intimidated, and retaliation against me by Emily Johnson of Evolver, once I reached out to IT Director COR Danea Gaines over numerous reasonable accommodation, Ms. Emily Johnson fired me two weeks later. Human Resources told me the reason for termination was that FDA didn't want to deal with me after seven years of dedicated service.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Diana Newsome**<br>**04/04/2023**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE *(month, day, year)* |

Page 1 of 4

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br><br>FEPA | 570-2023-00535 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

Specifically, on or about March of 2022, under the reasonable accommodation I requested to be allowed to continue to work remotely as I had been for the past two years after, I was instructed to return to work. I was afraid of being exposed and contracting COVID 19, and I was the only employee who was asked to return physically to work. One of the employees who was not asked to return was Ms. Ericka Williams, also an IT support just like me along with two other individuals, as they were allowed to work from home, and I was asked to return to work to cover for them. I brought my questions and concerns to several individual within my former employer including Mr. Claudio Borgiotti, the liaison person between evolver Inc., and myself and to my direct supervisor Ms. Emily Johnson, the IT Supervisor.

On or about March of 2022, I brought my concerns to Ms. Emily Johnson the IT supervisor, and I told her that this was not fair because I was being exposed, while my coworkers were allowed to telework. Ms. Johnson stated that they did not have availability to offer telework to me because I was employed as a contractor, and my coworkers were employees. My response to Ms. Johnson was that this was not fair to me.

The fact that once I was infected the first time nine weeks after being the only one to return to facilities while three of my coworkers who carried the exact same title of IT Support Specialist made me feel discriminated. Ms. Ericka Williams (former co-worker) stated she was going to milk remote 100% as long as she could and would actually come in the office once a month as desired.

Mr. Thomas Peluso was another team member who stated he didn't think that this was fair for me to be the only one to return to facilities, he also had the option of staying home and only return to facilities once a month. The third teammate, Mr. Christopher Davy was given the option to return to facilities once a month only. Mr. Jeff Blodgett was the only supervisor that would encourage in numerous occasions to let me remain remotely due to all the COVID exposure during my commute, three hours travel to facilities, work 8.5 hours, and then commuting three hours to return home. 95 % of the IT work could've been easily done remotely because 90% of the clients are working from home.

On or about June 6, 2022, I contracted COVID 19, because of my continuous exposure by being forced to going into the office. In July, a month after I tested positive with COVID 19, I had a conversation with Mr. Borgiotti On or about July 18, 2022, once I tested negative, I was told that I had to return, and I contacted Mr. Borgiotti via email to tell him that it was July, and I was requesting an update on the reasonable accommodation request and his response was that they were still working on it.

On or about August 26, 2022, I was diagnosed with long COVID 19, I contacted Emily, Jeffrey and Claudio and told them that I had tested positive for COVID 19 once again and I had been sick for 51 days and was not doing well at all. I reached out to my doctor and specified that I did not know what to do, I had a panic attack, and my doctor sent a letter requesting a reasonable accommodation with her recommendations. While I was out on leave, I did not receive a response and after I was able to return to work on or about October 5, 2022, and was still inquiring about the reasonable accommodation that my doctor and I had requested several times, and I was suggested by Mr. Borgiotti to contact the Human resources department, which I did. After I contacted them, Ms. Morgan and explained the situation to her and she gave me some forms one of them to release information about my health and a reasonable accommodation form.

On or November of 2022, Ms. Morgan contacted me to tell me that my request was denied, and no additional reason was given. I was told by Mr. Borgiotti and Ms. Morgan that only that the FDA were the only ones with the authority to decide about reasonable accommodation and I had to continue going to work.

On December 06, 2022, I tested positive again while being at work when I started to feel ill, and I ran across the street into an urgent care to get tested. I ultimately contacted Ms. Danea Gaines from the FDA and told her what was happening and what I have been told, and Ms. Gaines stated that that was not handled by them, but it was supposed to be handled by Evolver Inc., which is the company that I directly worked for.

On or about February 02, 2023, I was told by Ms. Megan Morgan the director of human resources and by Mr. Claudio Borgiotti that the reason for my termination was that the FDA no longer wanted to deal with me, and this was via a zoom call. Upon my termination, I was never paid Severance and Evolver, requested that I sign a waiver stating that I wouldn't file any grievances or file an EEO claim against Evolver. I didn't sign document.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Diana Newsome**<br><br>04/04/2023<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED    AND    SWORN    TO    BEFORE    ME    THIS    DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 570-2023-00535 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

Ultimately, I was terminated because of my several requests under reasonable accommodation and instead of approving the same, they decided to terminate me instead in retaliation. I've suffered lung compromised damage, due to getting long Covid within nine months, taste and smell were nonexistent since first exposure in June of 2022, I have experienced vertigo, massive migraines, panic attacks, anxiety and depression ever since.

Based on the above, I believe that I was discriminated against in violation of the American with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Ms. Diana Newsome**  04/04/2023 | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE  *(month, day, year)* |
| *Charging Party Signature* | |

Page 3 of 4



**DELINCE LAW** PLLC

Rights Advocacy & Counseling

52 Duane Street, 7th Floor
New York, N.Y. 10007

Telephone: (212) 382-3544
Facsimile:   (212) 504-8221

**J. Patrick DeLince**
*Attorney at Law*

www.delincelaw.com

December 14, 2025

Silvia Deng-Batista
Senior Investigator U.S.
Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street
New York, New York 10004-2112
Phone: 929-506-5271
Email: silvia.deng-batista@eeoc.gov

Dear Ms. Deng-Batista:

Please accept this response to Respondent's opposition letter dated September 11, 2025. Respondent's opposition is based on two premises. It is claimed that Evolver does not have control over the employee as an employer and that The US Food and Drug Administration (the FDA) and Human Touch LLC (Human Touch) maintain control over the Claimant. However. Evolver cannot escape liability since the human rights laws refer to all employers. Evolver might indeed be considered co-employer under the statutes.

While distancing themselves as the employer, Evolver goes on to discuss Claimant's alleged poor performance and inappropriate workplace conduct. Why did it take 7 years of service to deem Claimant's performance inappropriate? This timeline raises an inference for further investigation. Respondent points to two incidents without giving an explanation as to why now? What happened during the last seven years? Throughout the years, Claimant has received many favorable comments for her work from clients and colleagues alike.

The following people can attest to the quality of her work:

Tracy Harrison
Vincent. Zubertu
Gloria Winslow
Stacy Hallums


Taina Pierre
Kimberly Coward
Dr. John Leazer
Phyliss Wilson
Sundra Younger
Dr. Ron Pierce

Some of the identified individuals have written to Emily Johnson, Evolver, Human Touch, and/or FDA recognizing Claimant's work.

We bring to you a recent $3.1 million jury verdict with a similar fact pattern concerning a denial of remote work and the essential function of a position.

<u>National Grid to pay $3.1m as jury rules it wrongly denied remote work | Compensation, Benefits and Payroll | HR Grapevine USA | News</u>


Attached you will a Court's summary denial and reasoning.


We request that EEOC investigates the claims alleged in this matter.



Very truly yours,

*J. Patrick DeLince*

J. Patrick DeLince

2



## Annual Performance Evaluation
## Non-Management Form

### Introduction

This performance review was developed to provide a clear assessment of the core competencies that each employee must possess in order for the company to succeed.  Each competency was selected and defined based on our business goals and mission.

### Section I - General Information

**Employee Information**

Name of Employee: Diana Newsome

Title: Tier 2 Desktop Support                          Anniversary Date: June 24

Client/Project: Human Touch/FDA Support              Reviewer: Claudio Borgiotti

Evaluation Period: June 24, 2019 to June 23, 2020

**Evidence of Review - Indicates this evaluation was discussed with employee**

Signature of Reviewer: Claudio Borgiotti    Digitally signed by Claudio Borgiotti    Date: 6/24/20
Date: 2020.08.25 13:25:18 -04'00'

Signature of Employee: Diana Newsome -S (Affiliate)    Digitally signed by Diana Newsome -S (Affiliate)    Date: 6/24/20

Review Items Completed:
☒ Employee Self Evaluation
☐ Employee Updated MyResume
☐ PIP (attached, if appropriate)

Signature of HR: _____    Date: _____

**Goals and Objectives Established For the Evaluation Period**

Please refer to goals and objectives set during last review period, as well as any areas identified for improvement. Comment on each.

**Previous Goals, Objectives, and Results**

Professional development and training tasks undertaken including A+, ServiceNow and O365.  Improvement in communications also noted and appreciated.

### Section II - Assessment of Core Consulting Skills

*(Refer to Appendix A for competency skills definitions.)*

**Core Consulting Skills**

Responsiveness to client needs has continued to be good.  Communication with customers and team has previously been raised as an area of note, and progress and improvements here have been recognized by customer.



## Section III - Assessment of Position Specific Skills

*(Refer to Appendix A for competency skills definitions.)*

**Position Specific Skills**

Diane continues to provide consistent professional support for her end customers at FDA. The current pandemic environment has caused significant upheaval for all, and the ability to remain focused on customer needs and continue to deliver consistent service is appreciated and noted.

## Section IV - Overall Performance/Comments

Based on the employee's behaviors, demonstrated competencies, role and responsibilities, and results, please summarize his or her overall performance. Please include significant accomplishments, strengths, obstacles and challenges, customer feedback, and awards or new certifications received.

Diane is a solid performer who understands and adapts to her customer's needs. She has provided reliable support to our FDA customers and her four years of service have provided important stability and consistent quality in what is sometimes a challenging environment.

## Section V - Goals and Objectives

Key goals and objectives for the next evaluation period identify as many as appropriate.)

| | Goal/Objective | Due Date |
|---|---|---|
| 1. | Continued Quality Service to FDA customers | Ongoing |
| 2. | Identify additional professional development opportunities | Oct. '20 |
| 3. | Compete additional development | June '21 |
| 4. | | |



## Contributions to Evolver Business Goals

Describe all efforts you have made to assist Evolver mature as a business. These could include process improvements or recommendations, extra-curricular work on Evolver proposals or initiatives, bringing key hires to the company, or promoting Evolver values and value proposition to potential clients and employees.

Continued professionalism at FDA. Reliable accessibility to all clients at FDA on behalf of Evolver. Positive oral communications to entire FDA staff. Diana Newsome represents Evolver as a dedicated and dependable employee

## Improvements to Personal Skills and Capabilities

Describe any additional training, education, certification or skill sets that you have taken/developed during this evaluation period.

McAfee encryption training completed. A+ certification training and updated until May 2022. Security + certification training and updated until May 2022. Service Now training completed. Attended Office 365 training.

## Goals and Objectives

Describe what goals and objectives you would like to accomplish in the upcoming evaluation period for your position and your professional growth. If feasible, identify timeframes in which you would like to accomplish the goal.

Goal 1  Attend more trainings regarding Customer Service, problem solving and improving leadership skills.

Goal 2: Improve communications and responsiveness to management and administrative requests.

Goal 3: Attend more trainings for GoTomeeting functionality Take training to better understand and support Windows 10 environment

## Obstacles and Challenges

Describe any obstacles and/or challenges you faced during the year which you feel may have had an impact on your performance. Please be specific. Include the challenge/obstacle, what you did to try to overcome it, and the outcome.

Displaying confidence in work performance.  I go with instinct which has allowed clients to recognize my  dependable and credible IT skills.  Admit to myself or my team that I need assistance with a user's IT issue.  Accepting responsibility if I have an error in judgment. More open to another person's ideas relating to approaching IT issues.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 20 2026 ★

BROOKLYN OFFICE

2/25/26

Hello Your Honor,

I Diana Newsome am filing a Complaint against my former employer Evolver Inc, Reston VA.

I was a contractor for Evolver/Human Touch for 7 years as an IT Support Specialist.

Attatched you will find my complaint against Evolver/Human touch.

The complaints consist of

- Wrongful Termination — I only wanted to return to working from Home to keep my family safe to keep me safe
- Intimidation
- Retaliation — once I spoke to Ms Gaines of the situation
- Age Discrimination (age 54 at the time)
- Employment Status

I am looking to be re-imbursed for the last 3 years @ 64K annually and punitive, Pain + suffering.

I included my last evaluation from 2020. IF I was what they are claiming about me, took them 7 years to mention. I was a good worker but internally I was treated as though I was less than

I have been looking for employment for 3 years and it's been hard financially on my family + I. Not to forget to mention the depression + anxiety building everyday for the past 3 years. I am suffering and so is my family. I am currently on Temperary assistance, I receive Food stamps and Medicaid. I can't run a block without getting winded I have COVID cloud, my memory is shot. My life has been turned upside down. Evolver is trying to make me out to being a bad worker just as soon as I filed an EEOC against them August 2022. Awfully convenient timing wise. I have included a list of quite a few workers whom I served with professionalism and kindness. I have no money so I am representing myself pro-se. I only ask for fairness and the truth to come from Evolver, I deserve at least that.

Thank you for hearing me out your honor.

Regards

Diana Newsome